UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Ryan Funk, | Civil File No. 11-cv-3437 JNE/FLN |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Valentine & Kebartas, Inc. and Chase Bank USA, N.A., | |
| Defendants. | |

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

Dated: April 20, 2012         BY  s/Thomas J. Lyons_____
                              Thomas J. Lyons, Esq.
                              Attorney I.D. #:  65699
                              367 Commerce Court
                              Vadnais Heights, Minnesota  55127
                              Telephone:  (651) 770-9704
                              Facsimile: (651) 704-0907
                              tlyons@lyonslawfirm.com


Dated: April 20, 2012
                              BY  s/Danielle Fitzsimmons_____
                              Danielle Fitzsimmons, Esq.
                              Attorney I.D. #: 0391130
                              David Schooler, Esq.
                              Attorney I.D. #: 225782
                              2200 IDS Center
                              80 South Eighth Street

Minneapolis, Minnesota  55402-2157
Telephone: (612) 977-8400
dfitzsimmons@briggs.com