UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ryan Funk,  Civil File No. 11-cv-3437 JNE/FLN

    Plaintiff,

vs.

Valentine & Kebartas, Inc. and
Chase Bank USA, N.A.,

    Defendants.

### ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

BY THE COURT

Dated:  4-23-2012

s/  Joan N. Ericksen
The Honorable Joan N. Ericksen
Judge of United States District Court