AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Ryan Funk,

        Plaintiff,

V.

Valentine & Kebartas, Inc. and
Chase Bank USA, N.A.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:   11-cv-3437 JNE/FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

| April 24, 2012 | RICHARD D. SLETTEN, CLERK |
| --- | --- |
| Date | s/ J. Zuech |
| | (By)           J. Zuech    Deputy Clerk |